MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ADAM HOANG, individually, and KEVIN CHIONG, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00045-JCM-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSITIONS ONLY**<br><br>**SECOND REQUEST** |

**IT IS HEREBY STIPULATED**, by and between Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through its attorney of record, Christopher M. Keller, Esq. of the law firm of HAWKINS MELENDREZ, P.C.; and Plaintiffs ADAM HOANG and KEVIN CHIONG by and through their attorney of record Brandon A. Born, Esq. of THE702FIRM Injury Attorneys, and pursuant to LR IA 6-1, LR 7-1, and LR 26-4, hereby stipulate and agree to continue the discovery cut-off date for the limited purpose of taking the deposition of Plaintiffs Adam Hoang and Kevin Chiong, and their treating medical provider, only as more fully set forth herein.

1

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW

## A. DISCOVERY COMPLETED TO DATE

- The parties have provided witness lists and documents pursuant to Rule 26 (a)(1);
- The parties have provided expert disclosures;
- Defendant has propounded Interrogatories and Request for Production;
- Defendant has noticed the depositions of the Plaintiffs, but those depositions were cancelled because of the Plaintiffs' schedules and cannot be reset during the current discovery period; and
- Defendant has been attempting to set the depositions of medical providers for more than 45 days, but no dates have been secured and the depositions cannot take place during the current discovery period.

## B. DISCOVERY THAT REMAINS TO BE COMPLETED

- Depositions of Plaintiffs; and
- Deposition of Plaintiffs' treating physicians.

## C. GOOD CAUSE EXISTS TO EXTEND THE DISCOVERY DEADLINES

The parties have been participating in discovery, including attempting to schedule Plaintiffs' depositions and depositions of Plaintiffs' treating physician. Plaintiffs' attorney has requested for Plaintiffs' depositions to be rescheduled for a second time, which will need to take place after close of discovery. Defendant rescheduled the depositions of the Plaintiffs for August 2, 2023. Plaintiffs' counsel requested that the deposition be moved as their office was unable to confirm with their clients. Plaintiffs' counsel provided a deposition date of August 24, 2023, or later. This has resulted in a delay which the parties wish to remedy by providing an additional (60) days for depositions to be scheduled. As it currently stands, with the incomplete depositions and responses to written discovery, the parties are not in a position to proceed with trial.

Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the discovery deadlines for sixty (60) days.

## D. PROPOSED DISCOVERY SCHEDULE

The Parties agree that an additional sixty (60) days is sufficient time to complete the

2

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW

1  depositions, and that the new deadlines should begin to run from the existing deadlines.

2  **The current discovery deadlines are as follows:**

3  1. Amend Pleadings / add parties: April 13, 2023 (closed)

4  2. Initial experts: May 12, 2023 (closed)

5  3. Rebuttal experts: June 10, 2023 (closed)

6  4. Discovery cut-off: August 11, 2023

7  5. Dispositive motion: September 11, 2023

8  6. Joint proposed pretrial order: October 11, 2023

9  **The proposed discovery deadlines are as follows:**

10  1. Amend Pleadings / add parties: Closed

11  2. Initial experts: Closed

12  3. Rebuttal experts: Closed

13  4. Discovery cut-off: October 10, 2023

14  5. Dispositive motion: November 10, 2023

15  6. Joint proposed pretrial order: December 11, 2023

16  WHEREFORE, the parties respectfully request that the Court enter into an Order extending

17  the discovery deadlines in accordance with the foregoing.

DATED this 10th day of August 2023.          DATED this 10th day of August 2023.

**HAWKINS MELENDREZ, P.C.**                  **THE702FIRM**

/s/ Martin I. Melendrez                      /s/ Brandon A. Born
MARTIN I. MELENDREZ, ESQ.                    BRANDON A. BORN, ESQ.
Nevada Bar No. 7818                          Nevada Bar No. 15181
CHRISTOPHER M. KELLER, ESQ.                  400 South 7th Street, Suite 400
Nevada State Bar No. 7399                    Las Vegas, NV 89101
1645 Village Center Circle, Suite 160        *Attorneys for Plaintiffs*
Las Vegas, Nevada 89134
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 11:32 am, August 11, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW