MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HOANG, individually, and KEVIN CHIONG, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00045-JCM-BNW<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING BINDING ARBITRATION** |

**WHEREAS,** Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through its attorney of record, Christopher M. Keller, Esq. of the law firm of HAWKINS MELENDREZ, P.C.; and Plaintiffs ADAM HOANG and KEVIN CHIONG by and through their attorney of record Brandon A. Born, Esq. of THE702FIRM Injury Attorneys, have stipulated to enter into binding arbitration for any and all claims of Case No. 2:23-cv-000450JCM-BNW;

WHEREAS, the binding arbitration for this case shall take place within 120 days of the entrance of this Stipulation; and

WHEREAS, the binding arbitration of this matter shall fully and finally resolve CASE NO.: 2:23-cv-00045-JCM-BNW, and upon the completion of the arbitration the parties shall submit a

1

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW

Stipulation to Dismiss CASE NO.: 2:23-cv-00045-JCM-BNW.

IT IS HEREBY STIPULATED AND AGREED that CASE NO.: 2:23-cv-00045-JCM-BNW shall be stayed, pending the outcome of binding arbitration.

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over CASE NO.: 2:23-cv-00045-JCM-BNW, should any disputes arise regarding the scope of the arbitration and/or the terms of the arbitration.

IT IS FURTHER STIPULATED AND AGREED that upon the completion of the binding arbitration, the parties will submit a Stipulation to Dismiss CASE NO.: 2:23-cv-00045-JCM-BNW within forty-five (45) days of the arbitration.

DATED this 25th day of October 2023.    DATED this 25th day of October 2023.

**HAWKINS MELENDREZ, P.C.**    **THE702FIRM**

/s/ Christopher M. Keller    /s/ Brandon A. Born
MARTIN I. MELENDREZ, ESQ.    BRANDON A. BORN, ESQ.
Nevada Bar No. 7818    Nevada Bar No. 15181
CHRISTOPHER M. KELLER, ESQ.    400 South 7th Street, Suite 400
Nevada State Bar No. 7399    Las Vegas, NV 89101
1645 Village Center Circle, Suite 160    *Attorneys for Plaintiffs*
Las Vegas, Nevada 89134
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 30, 2023

2

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW