MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
1645 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
ckeller@hawkinsmelendrez.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADAM HOANG, individually, and KEVIN CHIONG, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS, inclusive,<br><br>    Defendants. | CASE NO.: 2:23-cv-00045-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED**, by and between Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through its attorney of record, Christopher M. Keller, Esq. of the law firm of HAWKINS MELENDREZ, P.C.; and Plaintiffs ADAM HOANG and KEVIN CHIONG by and through their attorney of record Brandon A. Born, Esq. of THE702FIRM

. . .

. . .

. . .

. . .

. . .

1

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW

Injury Attorneys, that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

DATED this 29th day of March 2024.

**HAWKINS MELENDREZ, P.C.**

/s/ Martin I. Melendrez
MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 7399
1645 Village Center Circle, Suite 160
Las Vegas, Nevada 89134
*Attorneys for Defendant*

DATED this 29th day of March 2024.

**THE702FIRM**

/s/ Brandon A. Born
BRANDON A. BORN, ESQ.
Nevada Bar No. 15181
400 South 7th Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon the stipulation of counsel for dismissal of the above-entitled *Adam Hoang, et al. vs. Allstate Fire and Casualty Insurance Company,* Case No. 2:23-cv-00045-JCM-BNW, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, and each party to bear their own attorney's fees and costs.

FURTHER, IT IS HEREBY ORDERED that any hearings on calendar for this matter are hereby VACATED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 1, 2024

2

Hoang vs. Allstate, Case No. 2:23-cv-00045-JCM-BNW